## BERNHART *v.* BERNHART.

[No. 12,053. Filed April 29, 1925.]

From Clark Circuit Court; *James W. Fortune,* Judge.

Suit by Alfred J. Bernhart against Eula Bernhart. From a judgment for plaintiff, the defendant appeals. *Affirmed.* By the court in banc.

*Laurent A. Douglass,* for appellant.

*George C. Kopp* and *Stotsenburg, Weathers & Minton,* for appellee.

McMAHAN, J.—From a decree in favor of appellee granting him a divorce on the ground of cruel treatment, appellant appeals and insists that the decision of the court is not sustained by sufficient evidence *and is contrary to law.* The decision of the questions involved depends entirely upon the weight of the evidence. There is ample evidence to sustain the allegation of cruel treatment as charged in the complaint.

Judgment affirmed.

---

## SHARP *v.* McANINCH ET AL.

[No. 12,131. Filed May 1, 1925.]

From Marion Circuit Court (37,292); *Clarence E. Weir,* Special Judge.

Action between Edna H. Sharp and James E. McAninch and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Thomas H. Fittz,* for appellant.

*Sumner Clancy* and *Felt & Forney,* for appellees.

PER CURIAM.—Judgment affirmed.